UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____   **Caption [use short title]** _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**     FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                        INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):     Has this request for relief been made below?       ☐ Yes ☐ No
☐ Yes ☐ No (explain): _____                            Has this relief been previously sought in this court? ☐ Yes ☐ No
_____
                                                                        Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know


Is the oral argument on motion requested?     ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?     ☐ Yes  ☐ No If yes, enter date: _____

**Signature of Moving Attorney:**
_Joanna Roberto_ **Date:** _____     **Service:** ☐ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)



**Joanna M. Roberto, Esq.**
Partner

**Direct Dial/Text**
516.329.9403

**Fax**
646.350.1901

**Email:**
jroberto@gerberciano.com

**GERBER CIANO KELLY BRADY LLP**

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
1325 Franklin Avenue, Suite 500
Garden City, New York 11530

June 27, 2025

<u>Via ECF Only</u>
Clerk of Court
U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: *Penn-Star Insurance Company v. Dongbu Insurance Co., Ltd.*
      Docket No.: 24-2925
      Gckb No:1065.0103

Dear Honorable Court:

This office represents the Defendant-Appellant, Dongbu Insurance Company ("Dongbu") as it pertains to the above the matter. We respectfully request a 2 week extension of time to file Appellant's Reply brief to July 25, 2025.

The reason for the request is because the lead appellate counsel has suffered an emergency medical incident. No other or prior request has been made by Dongbu.

Thank you for consideration of this request.

Respectfully submitted,

*[signature]*

Joanna M. Roberto