# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

---

Penn-Star Insurance Company,

    Plaintiff - Appellee,

    v.

Dongbu Insurance Co., Ltd.,

    Defendant - Appellant.

---

**ORDER**

Docket No. 24-2925

    Appellant moves for an extension of time until July 25, 2025 to file the reply brief. Appellee does not object to the request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court